# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | |
|---|---|
| WOODBURCK NOE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 5:15-cv-00987-VEH-JHE |
| | ) |
| THE STATE OF ALABAMA, | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

On June 12, 2015, Petitioner Woodburck Noe ("Noe") filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, seeking to attack his 1987 murder conviction in the Circuit Court of Madison County. (Doc. 1). He also filed motions for leave to proceed *in forma pauperis*, (docs. 2 & 4), which the magistrate judge denied on June 24, 2015, directing Noe to pay the $5.00 filing fee within thirty days or his case would be dismissed without further notice, (doc. 5) (citing FED. R. CIV. P. 41(b)). Noe filed objections to that order, (doc. 6), which the undersigned denied on July 7, 2015, (doc. 7). More than thirty days has passed since either of those orders, and Noe has not paid the filing fee. Accordingly, Noe's petition is due to be **DISMISSED WITHOUT PREJUDICE**. A separate order will be entered.

DONE this 18th day of August, 2015.

*/s/ Virginia Emerson Hopkins*
**VIRGINIA EMERSON HOPKINS**
United States District Judge